MARIA FRANCESCO GIOVIO et al., as Administrators of the Estate of NICHOLAS GIOVIO, Deceased, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Submitted March 21, 1921; decided March 24, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 223 N. Y. 653.)